FILED
2010 Sep-14 PM 12:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RODNEY O'NEAL HANNA, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>WARDEN GARY HETZEL and )<br>THE ATTORNEY GENERAL )<br>OF THE STATE OF ALABAMA, )<br>)<br>Respondents ) | Case No. 5:10-cv-00376-JFG-HGD |

**MEMORANDUM OPINION**

On August 16, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On August 23, 2010, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE and ORDERED 14 September 2010.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.